[860 NE2d 980, 827 NYS2d 679]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLAY PARKER, Also Known as TRIFE, Appellant.

Decided December 14, 2006

### APPEARANCES OF COUNSEL

*Paul J. Connolly*, Delmar, for appellant.

*P. David Soares, District Attorney*, Albany (*Laura Conley O'Hanlon* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed. Defendant's claim that the evidence was legally insuf-

ficient to support the verdict is unpreserved, his claim that the verdict was against the weight of the evidence is beyond our power to review, and his ineffective assistance of counsel claim is without merit.

Concur: Chief Judge KAYE and Judges CIPARICK, ROSENBLATT, GRAFFEO, READ, SMITH and PIGOTT.